**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT.
DENVER, COLORADO
JUN 30 2022
JEFFREY P. COLWELL
CLERK

Civil Action No.  _22-CV-00164-GPG_

(To be supplied by the court)

_Ernest Joseph Tibbels_ , Plaintiff

v.

_Jefferson County Jail, Commander, Wygant_

_Tyler Dalton, Nicholas Wurtz, Vitalcore_

_Matthew Miller, Wellpath, Cathrine Rowe_ ,

_M.D. Oginsky, Nathan Jipson, Michelle Barron_ , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**PRISONER COMPLAINT**

---

| **NOTICE** |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Ernest Joseph Tibbels   01004017   Po box 16700 golden Co 80401

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X   Pretrial detainee
___   Civilly committed detainee
___   Immigration detainee
___   Convicted and sentenced state prisoner
___   Convicted and sentenced federal prisoner
___   Other: *(Please explain)* _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Jefferson County Jail
(Name, job title, and complete mailing address)

200 Jefferson County Parkway, Golden Co 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No *(check one).* Briefly explain:

This is an Entity

_____

Defendant 1 is being sued in his/her ___ individual and/or X official capacity.

2

4.      If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments.   *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**
1.      Each named defendant must be listed in the caption of the complaint, one defendant per line.   If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.      You must provide the Court with an original complaint.   You should keep a copy of the complaint for your own records.   The Court will not provide a copy for you.

3.      When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

4.      Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed.   Any document that fails to include a certificate of service may be disregarded by the Court or returned.   An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to
United States Court (defendant(s) or counsel for defendant(s))
at 901 19th St _____ (address) on _____, 20 22

_____
Plaintiff's Original Signature

5.      The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice! Legal questions should be directed to an attorney.

Defendant 2: Commander Wygant

(Name, job title, and complete mailing address)

200 Jefferson County Parkway Golden CO 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Supervisor on Duty on 8/26/21

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: Tyler Dalton - Deputy "

(Name, job title, and complete mailing address)

200 Jefferson County Parkway Golden CO 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Deputy was on Duty

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_ Other: (*please identify*) 42 U.S.C 1997 e (e)

Defendant 2: _Nicholas Wurtz        Deputy_
(Name, job title, and complete mailing address)

_200 Jefferson County PKway Golden Co 80401_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ☒ Yes ___ No (check one).  Briefly explain:

_Deputy was on Duty_

Defendant 2 is being sued in his/her ☒ individual and/or ☒ official capacity.

Defendant 3: _Vital core      medical Provider for_
(Name, job title, and complete mailing address)

_Jefferson County Jail_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ☒ Yes ___ No (check one).  Briefly explain:

_Inbetween December 2021 to January 2022_
_became the new Medical Service_

Defendant 3 is being sued in his/her ___ individual and/or ☒ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

☒  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

☒  Other: (*please identify*) _42 U.S.C 1997 e (e)_

3

Defendant 2: _Matthew Miller Deputy_
(Name, job title, and complete mailing address)

_200 Jefferson County PKway   Golden CO 80401_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

_Deputy was on Duty_

Defendant 2 is being sued in his/her X individual and/or X official capacity.

Defendant 3: _Wellpath medical Provider_
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

_Was Providing Medical Services for the Jefferson County Jail_

Defendant 3 is being sued in his/her ___ individual and/or X official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

X    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

X    Other: (*please identify*) _42. U.S.C 1997 e (e)_

Defendant 2: _Cathrine Rowe Nurse_
(Name, job title, and complete mailing address)

_200 Jefferson County Parkway Golden CO 80401_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*).  Briefly explain:

_The Defendent is employed by Jefferson_
_County Jail_

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: _M.D. Marcus Oginsky_
(Name, job title, and complete mailing address)

_200 Jefferson County Parkway Golden CO 80401_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*).  Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or _X_ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_   Other: (*please identify*) _42 USC 1997 e (e)_

Defendant 2: _Nathan Jipson    Nurse_
(Name, job title, and complete mailing address)

_200 Jefferson County PKway_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*).  Briefly explain:

_Nurse was working at Jeffco Jail while_
_performing medical exam_

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: _Michelle Barron    Medical Doctor_
(Name, job title, and complete mailing address)

_200 Jefferson County PKway_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*).  Briefly explain:

_Working at Jefferson County Jail_

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.


## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_    Other: (*please identify*) _42 U.S.C 1997 e (e)_

3

Defendant 2: _Sherif Jeff Shrader_
(Name, job title, and complete mailing address)
_200 Jefferson County Pkway._

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*).  Briefly explain:

_Sworn is As Sheriff_

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*).  Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

C.   **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_ Other: (*please identify*) _42 U.S.C 1997e(e.)_

3

### D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Retaliation    Violation of freedom speech__

   Supporting facts:

1. On or about 7-16-21 during medication Pass The defendant cathy Rowe retaliated against the Plaintiff without authority or cause malciously and intentionally to cause him pain and physical hardship

2. Plaintiff asserts he responded to the Defendants non relevent Sick call question In the medline Verbatim to the response Nurses give inmates for asking aliment Questions without a medical kite

3. The Defendant cathy rowe was angerd by the Plaintiff and emotionally combative, one hour later without authority of a medical doctor deputys forcefully removed my wheel chair,

4

: Continued Pg 2 Claim one Retaliation

4. The plaintiff under title II of the ADA Qualifies as a disabled person

5. This Act of Retaliation violated the Plantiff life, liberty As well as the Right to Freedom of speech

6. The defendant Cathy Rawe is a Senior in her postion. The plaintiff clamis its bkuz of her influence He has been unable to receive adequate medical in her Act of Retaliation.

7. From 7/6-21 to 8-1-21 - From 8-26-21 to 10/20/21 and From 3/14/22 to 4/2/22 The Plantiff was Forced to endure excruciating Pain depriving him of his liberty postive Psyci Stimili and mobility device. Creating adverse medical outcomes Severe disfigurement

8. On 8-1-21 after Seeing the medical Provider my wheelchair was retuned and a regimene to rehability was estabished

9. Upon seeing the plaintiff with his wheelchair The defendant Cathy Rawe She begin threating Stating "She will have it again"

# D Claims P93 Claim one Retaliation

10) Nurse Cathy Rowe made it her personal mission to deprive me again of liberty and the right of mobility

11) The plaintiff immediently filed another greivence on this nurses behavior and harrassment

12) From 8-1-21 to 8-23-21 Cathy Rowe began Secretly recording my mobility activites. Unethically Involving deputies Violating Hippa and recurring Nurses in her Vengeful plot

13) On 8-23-21 with all the Constant harrassment and with out being Seen My wheelchair was ordered to be removed by M.D eginsky

14) On 8-26-21 I was viciouslly attacked by deputies and Seriouslly injured by Jefferson County Jail /wellpath in compliance with doctors orders from the hands of Cathy Rowes Retaliation and Protected by Jefferson County Jail /wellpath Policy Practices and customs

: D Claims Pg 4 Claim one cont Retaliation

15 Jefferson county Jail retaliated against The plaintiff for filing numerous greivenses and complaints challenging Jail conditions and ADA Violations

16 From march to June 1 2022 The plaintff was punished Forced into atypical conditions housed with mentally distraught inmates with Sucidal idealogy

17) The Plaintiff was deprived of basic hygene Supplies, eating utensils and 22 hr lockdaon

18) Jefferson county Jail Fails to update and modify there cells for segregation For ADA Standards

19) The plaintiff was forced into a cell his Wheel chair did not Fit through, Did not have a writing desk. Did not have an accessable mirror nor any handrails for restroom access

20) Jefferson county Jail / vital core thru multiple greivences called this an accomodation

:D Claims. pg 5 Discrimination ADA title II (504)(RA)

21) Plaintiff Prior to incarceration had an active Perscription to oxycottin, gabapentin and wellbutrin

22) Jefferson County Jail / Well Path / Vital Core Have denied me these medications due to an offical Policy, Practice or Custom with our considaration or assessment to your Serious injuries or needs for Unwanton Pain

23) The Plaintiff has Suffered severe Pain and psychological distraught with the denial of his medications

24) The plaintiff is being discriminated against as several inmates within this facility receive these medications

25) The Plaintiff was denied his medication Upon booking on 6/24/21 after Surgery on 3/28/22 another Surgery on 5/5/22 causing him Severe Pain and discomfort

26) Around the END of May 22 the Plaintiff was discriminated against and DENIED Access to Progams and medical services physical therpy bkuz his Medical housing

D Caims pgb Claim 2-ADA II 42.usc 12101-12131 (504)

(RA) 29 U.SC §794

27) Jefferson County Jail / wellpath / Virtual Core Policy Practice and custom to Deny the plaintiff of the NEEDS of the ADA the II accomodations despite my serious NEEDS due to a Policy, Practice or custom has caused severe pain and serious hardship

28) The plaintiff has been forced to live in unmodified cells for the disabeled making day to day activitos strenous and hygeine necessitys impossible

29) Jefferson County Jail continues to Discriminate against the plaintiff by Refusal and failure to make "reasonable accomodations" to facility or practice

30) Jefferson County Jail on the 6th and 7th floor have any ADA approved cells with wheelchair access to tables, showers and toilets with handrails

31) This discrimination resulted in adverse medical conditions and has mentally Distressed the plaintiff severely losing 60 lbs in six months

D Claims pg 7   A D A II (504)(RA)

32) The Plaintiff was housed in the medical unit in Jefferson County Jail due to ADA complaints and grievances As an "Accomodation" as there is a seated shaver

33) Plaintiff was locked down 22 hrs a day from March — June 1 2022 denied of basic necessites Forced to hear yelling, Screaming banging 24/7, The Plaintiff was tormented and deprived and punished in his Search for reasonable living conditons AND his Perscribed medications he has been deprived and Discriminated against.

## Claim 3 14th Amendment Due Process
## Excessive Force

34) Commander Wygant failed to Supervise after he orderd the special operations response Team (Sort) to remove the Plantiffs wheelchair were he was Seriouslly inJured.

D Claim, pg 8  Claim 3 / 4th Amendment
Due Process / Excessive Force

35) Commander Waygant failed to properly communicate with the plaintiffs unit deputies this lack of communication seriously injured the plaintiff.

36) Prior to the commencement of laundry on 8/26/21 Inmates were locked down early bcuz of an unruly inmate, So for 3 hours inmates were banging. Yelling and screaming at the deputies

37) Laundry was an intense hostile situation were both deputies and inmates mental states were aggressive and responsive

38) As the plaintiff exited his cell he needed assistance standing for a Pat Search, Tyler Dalton assisted in this

39) Nicholas Wentz then gave the plaintiff a rough aggressive pat down for 1 minute

40) Then plaintiff then witnessed his wheel-chair being taken from behind him and rolled past him without explination

"D Claims Pg 9 Claim 3_14th Amendment

41) The Plaintiff placed an arm on his wheelchair and was immeditelly slamed on his face by Deputys Dalton and Wurtz

42) Deputy Dalton wurtz punched the plaintiff several times on his head and torso

43) The plaintiff did not resist

44) These Deputies didnt attempt to use any other means other than brute Force in handling this Situation

45) while the plaintiff was on the ground Matthew Miller slammed onto the plaintiff injured legs with so much Force the titanium screw in his leg snapped in half

46) The plaintiffs tibia was re-fractured

∴ D Claims pg 10  Caim three 14th Amend

47) The Plaintiff was then hogtied dispite his handicap and throwon on a gurney Taken to Segregation

48) No Discplinary Changes were filed

49) Due to the Plaintiffs handicap there was no need to Excurt that amount of Force

50) Due to the defendant Tyler Daltons "alleged" Compassion in helping the plaintiff to Stand he should have relized the plaintiff was Not a threat

51) Per Deputy Daltons Sworn Statement He Knew I needed help standing so I wouldnt fall. (I the plaintiff)

52) Plaintiff was Not a risk or Saftey to deputys or the facility

53) upon Discovery admissons we will See the plantiff didnt resit was, Viciouly attacked, Seriously injured and the Constition was Violated.

D Claims Pg 12 Claim IV 8th Amendment

65) On 8/26/21 I was seriously injured when Deputys used excessive Force While removing my WheelChair

66) On 8/27/2 Nathan Jipson Failed to adequatly evaulate this injury as he performed the assessment through the Closed Cell door Food tray Slot the lights were off and he had to use a Flashlight!

67) Nathan Jipson failed in his gatekeeper role As Due to the extensive injury a hospital E.R visit was necessarry

68) This type of assement failed to give the plaintiff the medical care he needed as he couldn't walk for 2 weeks and was forced to crawl on the ground in Severe Pain

69) on 3/14/22 the Plantiff was involed in a psycial altercation Jefferson County Jail/VitalCore Took his wheelchair From his as punishment

## E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  ☒ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                          _____

Docket number and court:                          _____

Claims raised:                                    _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)      _____

Reasons for dismissal, if dismissed:              _____

Result on appeal, if appealed:                    _____


## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

☒ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

☒ Yes ___ No (*check one*)

°° D Claims ^pg11 Claim IV 8th Amendment
Cruel unusal Punishment

54) Jefferson county Jail /wellpath and
Vital Core Policy Practice and
Customs has dienied plaintiff Adequate
medical Care. Resulting in Pain Severe
disfigurement requiring an extensive 8hr
Surgery to fix

55) From 7-16-21 to 8-26-21 Cathy Rade
was delibertly indiffent to my medical needs
and disregarding an excessive risk to inmates
health and safty

56) Cathy Rade Sadistically and malciouslly
ignored medical advice intentionally to deprive
me of my ADA Device as punishment Subjecting
the Plaintiff to Severe pain anguish

57 M.D Marcus oginsky failed to consult my
medical chart. was delibertly indifferent
to my medical needs when he   orded
my wheelchair to be remaed with out
Seeing and evaluating The plaintiff

58) M.D oginsky recklesslly Caved in
to cathy Rades harassment ignoring his
medical obligations

°D Claims ᵖᵍ¹² Claim IV 8ᵗʰAmend

59) On 9/10/21 an Xray was orderd by Michelle Barron which was not looked at until 10/20/21

60) I was Forced to continue to walk on this broken leg with shifting titanium Rod.

61) 10/20/21 I was given my wheelchair "Allegedlly" Permentally As I was ORDERD 100% NON weight bearing

62) Plantiff was Forced this time to walk 56 days unassited with Serrous pain Causing severe disfigurement

63) On 9-14-21 Some Wellpath Doctor Ack nolged this XRAY, But was failed to be Consulted with as the Seriousness went ignored as I continued to hobble in pain

64) M.D Barron and Wellpath was deleberslly indifferent to the Seriousness of my Injures

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Seeking monetary and equitable relief
Compensatory Relief Punitive and
nominal Relief

**H.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

6-26-2022
(Date)

(Form Revised December 2017)

6

∴ D Claims Pg 13 Claim IV 8th Amendment

70) Jefferson County Jail | Vital Core Policy, Practice and Custom allowed this Punishment and discrimination to happen

71) 10/20/21 I was orderd 100% No weight bearing and given my wheelchair back

72) Jefferson County Jail | Vital Core Went against its Own Doctors orders On 3/4/22 Its own policys its own Practices

73) On 3/28/ the Plantiff had Surgery per Surgeon 100% NON weight baring

74) Plantiff was Forced to Walk Denied his wheelchair until 4/2/22

75) Sherif Jeff Shrader Enforces those Policys Practices and Customs and his the only one With the authority to change them

9/10/2021 7:16 PM      TX 46900  Final Report       Page  1 of 1

## 46900-JEFFERSON DETENTION CENTER CORRECTIONAL HLTHC

SOUTHWEST REGION
3424 MIDCOURT ROAD
CARROLLTON, TX 75006
(800) 843 9720

200 JEFFERSON COUNTY PKWY
GOLDEN, CO 804016008

| | | | | | |
|---|---|---|---|---|---|
| **Claim Number :** | 35516644 | | | | |
| **Date of Service :** | 09/10/2021 | **MRN** | 18-16608 | | |
| **Patient Name :** | **TIBBELS, ERNEST** | **DOB :** | 12/26/1987 | **Gender** | M |
| | | **Room::** | | | |

**Ordering Provider:**     MICHELLE T BARRON, MD - (NPI 1851768681)
**Interpreting Physician:**     JAMES I COLLINS, MD - (NPI  1366429383)
**Report Date:**     9/10/2021 5:13:02 PM

## RADIOLOGY REPORT

TIBIA/FIBULA AP and LAT, LEFT

Results: Prior gunshot injury distal tibia. Hardware failure with broken cortical screws distally. Rod appears in place. Medial angulation distal tibia. Prior fracture with incomplete bony union fibula. Medial angulation. Cannot exclude chronic osteomyelitis.

Conclusion: Hardware failure. Fracture with incomplete bony union as well as malalignment as above. Cannot exclude chronic osteomyelitis. Careful follow-up recommended.

Electronically signed by JAMES I COLLINS, M.D 9/10/2021 5:13:02 PM MDT.

*[handwritten signature]*
09.14.2021

***Statement Concerning use of Results:***
I have reviewed this diagnostic report and the results have or will be used in the treatment of the patient's medical condition.

**Ordering Provider Signature:** _____

MICHELLE T BARRON, MD - (NPI: 1851768681)

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents)

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*

Tibbels, Ernest J (MRN 1047465) Printed by Brandt, Lori, RN [131706] at 5/10/2022 12:24 PM



**IMAGING:**
None today.

**DATA:**
**Lab Results**

| Component | Value | Date |
| --- | --- | --- |
| A1C Glycohemoglobin | 5.6 | 03/28/2022 |
| TSH | 3.33 | 03/28/2022 |



US POSTAGE ~PITNEY BOWES

ZIP 80419 $ 001.96⁰
02 4W
0000361967 JUN 28 2022

United States District Court

901 19th St Room A105

Denver CO 802 94

Ernest Joseph Tibbels
Po box 16700
Golden Co 80401

**INDIGENT
LEGAL MAIL**